RECEIVED
BY _____
DEC 12 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**MERTON LATTA and DONA LATTA**

**versus**                                    **6:07-CV-2150**          **LO**

**EATON GROUP ATTORNEYS, L.L.C.,**

## COMPLAINT

### INTRODUCTION

1.

This is an action for actual and statutory damages brought by Plaintiff, **MERTON LATTA**, an individual consumer, against Defendant, **EATON GROUP ATTORNEYS, L.L.C.**, for violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*). The FDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION AND VENUE

2.

Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available under 28 U.S.C. §§ 2201 and 2202. Venue in this district is proper in that the defendants transact business here and the conduct complained of occurred here.

### PARTIES

3.

Plaintiff, **MERTON LATTA**, is a natural person residing in Lafayette, Louisiana.

4.

Defendant, **EATON GROUP ATTORNEYS, L.L.C.**, is a domestic limited liability company engaged in the business of collecting debts. Its principal place of business is located at 309 North Boulevard, Baton Rouge, Louisiana. The principal purpose of Defendant's business is the collection of debts using the mail and telephone, and Defendant regularly attempts to collect debts allegedly owed to another party. **EATON GROUP ATTORNEYS, L.L.C.** are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

5.

Around late September/early October of this year, Plaintiff, **MERTON LATTA,** received at his residence, a letter dated September 28, 2007, from **EATON GROUP ATTORNEYS, L.L.C.** The letter advised **MR. LATTA** that Defendant, **EATON GROUP ATTORNYES, L.L.C.,** had received a particular Sears Card account in its office for collection. A copy of the collection letter is attached to this complaint and referenced as "Exhibit A."

6.

After receiving the collection letter, **MR. LATTA**, in accordance with 15 U.S.C. § 1692g(b), mailed Defendant a certified letter disputing and requesting validation of the debt referenced in the collection letter. On October 5, 2007, Defendant received **MR. LATTA'S** Collection Agency Validation Letter. A copy of the Collection Agency Validation Letter and the accompanying certified mail return receipt is attached and referenced as "Exhibit B."

7.

After receiving Plaintiff's request for validation of the debt and before such validation was tendered to either **MR. LATTA** or the undersigned counsel, Defendant, on multiple occasions,

attempted to collect the debt referenced in the collection letter dated September 28, 2007.

8.

As of the date of this complaint's filing, Defendant has yet to provide sufficient validation of the debt referenced in its collection letter dated September 28, as required by 15 U.S.C. § 1692g(b).

9.

The actions of Defendant in continually calling the residence of Petitioners have caused **MERTON LATTA** and his wife **DONA LATTA** to suffer severe stress resulting in health problems including but not limited to, Shingles.

### CLIAM FOR RELIEF

9.

Plaintiff repeats, re-alleges, and incorporates the foregoing paragraphs into the claim for relief by reference.

10.

Defendants violated the FDCPA. Defendant's violations include, but are not limited to, the failure to cease collection of the debt after receiving due notice that the debt was disputed and that validation of the debt was requested as mandated by 15 U.S.C. § 1692k.

11.

Because it violated the FDCPA, Defendant is liable to the Plaintiff, **MERTON LATTA**, for declaratory judgment that its conduct violated the FDCPA, actual damages, statutory damages, all costs of these proceedings, and reasonable attorney's fees.

THEREFORE, Plaintiff, **MERTON LATTA**, respectfully requests that judgment be entered against Defendant, **EATON GROUP ATTORNEYS, L.L.C.** for the following:

(A) Declaratory judgment that Defendant's conduct violated the FDCPA;

(B) Actual damages;

(C) Statutory damages;

(D) Costs and reasonable attorney's fees under 15 U.S.C. § 1692k; and

(E) All other just and equitable relief.

Respectfully submitted by
GALLOWAY JEFCOAT, L.L.P.

MICHAEL L. BARRAS (30855)
Post Office Box 61550
Lafayette, Louisiana 70596
(337) 984-8020
(337) 984-7011 *facsimile*
*Attorney for Petitioner*

## VERIFICATION

I **MERTON LATTA**, hereby certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief.

MERTON LATTA

I **DONA LATTA**, hereby certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief.

DONA LATTA

LAW OFFICES OF

# GALLOWAY JEFCOAT, L.L.P.

1925 DULLES DRIVE
POST OFFICE BOX 61550
LAFAYETTE, LOUISIANA 70596-1550

Thomas "Rusty" Galloway, A.P.L.C.
John M. Jefcoat, A.P.L.C.
Robert M. Martina
D. Patrick "Rick" Keating, A.P.L.C.
Brandy L. Dupuis
Michael L. Barras

Phone:     (337) 984-8020
Fax:       (337) 984-7011
Toll Free: (800) 260-3839
www.gallowayjefcoat.com

*HAND DELIVERY*

December 12, 2007

Clerk of Court
United States District Court
Western District of Louisiana
Lafayette-Opelousas Division
800 Lafayette Street, Ste. 2100
Lafayette, LA 70501

Re:   *Merton Latta and Donna Latta*
      *vs.*
      *Eaton Group Attorneys, L.L.C.*

Dear Madam/Sir:

Enclosed please find the original Cover Sheet, the original and two copies of a Complaint and a Summons in a Civil Action. I would appreciate it if you would please file the originals of record, return one certified copy to the undersigned and process the service copy in order that service may be perfected upon the defendant by the undersigned. Our firm check in the sum of $350.00 is also enclosed representing the filing fees in this matter.

If you have any questions or concerns regarding this matter, please do not hesitate to contact the undersigned.

Thanking you in advance for your assistance and cooperation in this matter, I am

Sincerely,

MICHAEL L. BARRAS

MLB:klm
Enclosures