

071405

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| MERTON LATTA and DONA LATTA | CIVIL ACTION No: 6:07-CV-2150 LO |
| versus | JUDGE:        HAIK |
| EATON GROUP ATTORNEYS, L.L.C. | MAGISTRATE:    METHVIN |

### ORDER OF FINAL DISMISSAL

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that the lawsuit of the plaintiffs, **MERTON LATTA and DONA LATTA**, against **EATON GROUP ATTORNEYS, L.L.C.** be and the same hereby is dismissed with full prejudice, each party to bear its own costs.

DONE AND SIGNED, at Lafayette, Louisiana on this 4th day of April, 2008.

_____
DISTRICT JUDGE

COPY SENT
DATE 4/8/08
BY
TO KTH